■ LOWELL RAPAPORT, an Infant, by Her Mother and Natural Guardian, EILEEN RAPAPORT, et al., Plaintiffs, v H. REMNARINE et al., Defendants. (Action No. 1.) BRIAN RAPAPORT et al., Appellants, v HARRY REMNARINE et al., Respondents. (Action No. 2.) — Order of the Supreme Court, Kings County (Lawrence J.), dated September 14, 1981, affirmed, with $50 costs and disbursements (see *Fischer v El Saieh,* 23 AD2d 695). Mollen, P. J., Titone, Weinstein and Rubin, JJ., concur.